Form SUM

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re:<br>Stanley Herbert Brody Debtor(s) | Bankruptcy Case No.: 13-11721<br>Chapter: 7 |
|---|---|
| Larry Tristano Plaintiff(s)<br>vs.<br>Stanley Herbert Brody Defendant(s) | Adversary Proceeding No. 14-01034 |

### SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 99 South "E" Street
> Santa Rosa, CA 95404

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Thomas Philip Kelly III
> Law Offices of Thomas P. Kelly III
> P.O. Box 1405
> Santa Rosa, CA 95402

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| DATE: May 19, 2014 | TIME: 02:00 PM |
|---|---|
| LOCATION: U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404 ||

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 2/26/14

Linda Jerge
Deputy Clerk

## CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and copy of the complaint was made _____(date) by:

☐  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐  Residence Service: By leaving the process with the following adult as:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐  Publication:The defendant was served as follows:[Describe briefly]

☐  State Law:The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name: _____

Business Address: _____

_____

## Notice Recipients

District/Off: 0971-1          User: ljerge                Date Created: 2/26/2014
Case: 14-01034                Form ID: SUM                Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Thomas Philip Kelly, III          tomkelly@sonic.net

TOTAL: 1